| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 01-03044-01-CR-S-SOW |
| | DOCKET NUMBER *(Rec. Court)* |
| | 1:04: |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Scott K. Williamson | Western Missouri | Southern |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Scott O. Wright | |
| | DATES OF PROBATION /SUPERVISED RELEASE: | FROM February 13, 2004 | TO February 12, 2007 |

FILED NOV 23 2004

**OFFENSE**

Interstate Travel for the Purpose of Engaging in Illegal Sexual Activity

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **WESTERN DISTRICT OF MICHIGAN** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7-17-04
Date

Scott O. Wright, Senior U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **WESTERN DISTRICT OF MICHIGAN**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

NOV -2 2004
Effective Date

United States District Judge
Hon. Gordon J. Quist